No. 9193. In re RULES of COURT for the DISTRICT COURT of the FIRST JUDICIAL DISTRICT, in and for the COUNTY of LEWIS and CLARK.

244 Pac. (2d) 127.

Decided May 20, 1952.

*Judges George W. Padbury, Jr.,* and *A. J. Horsky,* appeared pro se.

Per Curiam.

The petition of the Honorable A. J. Horsky and Honorable George W. Padbury, Jr., judges of the district court of the First Judicial District, in and for the State of Montana, to restore to

the district court the right to adopt and promulgate the rules for the district court of the First Judicial District is denied.